Order Filed on
**9/25/2008**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:
   Tina M. Hanks

Case No.:08-27586

## ORDER OF RECUSAL AND TRANSFER

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 9/25/2008**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page -2-

In Re:  Tina M. Hanks
Case No. 08-27586

It appearing that the within case is assigned to Judge Rosemary Gambardella, and it further appearing that Judge Gambardella must recuse herself;

IT IS HEREBY ORDERED that the above captioned bankruptcy case and any and all related adversary proceedings be transferred and reassigned to another judge.

*Approved by Judge Rosemary Gambardella   September  25, 200*