UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JOEL A. ACKERMAN
JA 4027

FCA 97502-1/dbu
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Trustee for IXIS
2006-HE3
200 Sheffield Street, Suite 301
P.O. Box 1024
Mountainside, New Jersey 07092-0024
1-908-233-8500

In Re:
Tina M. Hanks

Case No.:  08-27586-NLW

Adv. No.:

Hearing Date:  11/03/2008@ 9:00am

Judge:  Novalyn L. Winfield

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

DATED: 11/3/2008

_Novalyn L. Winfield_
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

(Page 2)
Debtor:            Tina M. Hanks
Case No.           08-27586-NLW
Caption of Order:  **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for secured creditor, Deutsche Bank National Trust Company, as Trustee for IXIS 2006-HE3 , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

_____    Real property more fully described as 19 CERONE COURT UNIT 483, WEST ORANGE, NJ 07052

_____    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Novalyn L. Winfield November  03, 2008*