UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Debtor(s): TINA M. HANDS                                      Case No. 08-27586(NLW)

## LEASE ASSUMPTION AGREEMENT

I/We agree to assume the Lease Agreement ("Lease"), described below (See Description of Lease), with **Ford Motor Credit Company, LLC, its affiliates, successors and assigns** ("Lessor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments listed below (See Payments Due Under Lease) as required under the Lease. The Lease is hereby incorporated by reference. I/We further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease. I/We agree to obtain an order from the Bankruptcy Court assuming the Lease as my/our personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: 1-24-08          Vehicle Description: 2008 Lincoln Navigator    VIN: 5LMFU28588LJ08976

Account No.: *****114

**Payments Due Under Lease**

The next monthly lease payment under the lease is due on 11-23-08 and the remaining lease payments are due on the same day of each month thereafter until the lease terminates on 1-24-10. In addition to my normal monthly payments, I agree to cure the default, if any, listed below:

Payments on the Lease    X  are    ___ are not    in default.

Two payments are in default for a total default of $1010.00 plus late charges of $90.00

I/We will pay $1100 immediately to cure the default.

I/We assume the Lease through this Lease Assumption Agreement.

Lessee (Debtor):                                    Co-Lessee (Co-Debtor), if also assuming the lease:

Print name: Tina M. Hanks                           Print name: _____

Signature: /s/ Tina M. Hanks                        Signature: _____

Date: 1/12/09                                       Date: _____

Accepted by Lessor:

Print Name: John R. Morton, Jr., Esq., attorney for Ford Motor Credit Company

Signature: /s/ John R. Morton, Jr.

Date: 1-21-09

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN THE MATTER OF:

TINA M. HANKS                                    Case No. 08-27586(NLW)

Debtor(s).                                       Chapter 7

### STIPULATION FOR ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTORS AND LAND ROVER CAPITAL GROUP

**Ford Motor Credit Company, LLC, its affiliates, successors and assigns ("Lessor"),** by and thorough its attorney, John R. Morton, Jr. and the Debtor, by and through her undersigned counsel, hereby stipulate to the entry of an Order Approving Assumption of the Lease Agreement between Lessor and the Debtor regarding the lease of **a 2008 Lincoln Navigator** under the terms of the Lease Assumption Agreement attached hereto. The Debtor agrees to comply with the terms and conditions of the Lease Agreement and waive the effect, if any, the discharge under 11 U.S.C. §524(a) has as to the assumed Lease Agreement.

STIPULATED TO:

_____              _____
JOHN R. MORTON, JR, ESQ.                    STEVEN ROBERT LEHR, ESQ.
ATTORNEY FOR FORD MOTOR CREDIT              ATTORNEY FOR THE DEBTOR
COMPANY, LLC

Date: 1-21-09

Account No.: *****114

# LEASE

**Ford Credit** 1-800-727-7000 www.fordcredit.com

LESSEE VEHICLE LEASE AGREEMENT DATE: 01/24/2008

TINA M HANKS
14 CERONE CT
WEST ORANGE NJ 070524108

MAPLECREST LINCOLN MERCURY INC
2800 SPRINGFIELD AVENUE
VAUXHALL NJ 07088

"Finance Company" is **FORD MOTOR CREDIT COMPANY**. The "Holder" is **GAS-EAST LLC** and its assigns, whose address is **3620 QUEEN PALM DRIVE, TAMPA, FL 33619**. By signing ("You") (Lessee and Co-Lessee) agree to lease this Vehicle according to the terms on the front and back of this lease and the terms of the WearCare Addendum, if any, attached to this lease.

If Your payment schedule is shown in Item 2(a), You entered into a "Monthly Payment Lease."
If Your payment schedule is shown in Item 2(b), You entered into an "Advance Payment Lease."

| New/Used | Mileage at Delivery | Year/Make/Model | Vehicle Identification Number | Vehicle Use |
|---|---|---|---|---|
| NEW | 475 | 2008 LINCOLN TRUCK NAVIGATOR | 5LMFU28588LJ08976 | PERSONAL |
| # of Cylinders | Transmission | Brakes | Steering | Air Conditioning | MSRP |
| | | POWER ASSISTED | POWER ASSISTED | YES | 59610.00 | N/A |

**1. Amount Due At Lease Signing or Delivery** (Itemized Below)
$ 12751.31

**2. Payments**
(a) Monthly Payments
Your first monthly payment of $ 600.00 is due on 01/24/08, followed by 23 payments of $ 600.00 due on the 22nd day of each month. The total of Your monthly payments is $ 14400.00.
(b) Advance Payment
Your Payment of $ N/A is due on N/A
The total of Your payment is $ N/A

**3. Other Charges** (not part of Your monthly payment)
Disposition fee (if You do not purchase the Vehicle) $ N/A
Total $ N/A

**4. Total of Payments** (The amount You will have paid by the end of the lease)
$ 26931.31

**5. Amounts Due At Lease Signing or Delivery:**
a. Capitalized cost reduction ........ $ 11318.01
b. First monthly payment ........ 600.00
c. Advance payment ........ N/A
d. Refundable security deposit ........ N/A
e. Title fees ........ N/A
f. Registration fees ........ 359.00
g. Acquisition fee ........ N/A
h. DOC FEE ........ 249.00
i. N/A ........ N/A
j. N.J. SUPPL. TITLE ........ 217.80
k. N.J. TIRE FEE ........ 7.50
l. N/A ........ N/A
m. N/A ........ N/A
Total $ 12751.31

**6. How the Amount Due At Lease Signing or Delivery will be paid:**
a. Net trade-in allowance ........ $ N/A
b. Rebates and noncash credit ........ 2500.00
c. Amount to be paid in cash ........ 10251.31
d. N/A ........ N/A
Total $ 12751.31

**7. Your payment is determined as shown below:**
a. Gross capitalized cost. The agreed upon value of the Vehicle ($ 54808.05) and any items You pay over the lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance). (itemized below - Item 19) ** ........ $ 57098.34
b. Capitalized cost reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash that You pay that reduces the gross capitalized cost ........ 11318.01
c. Adjusted capitalized cost. The amount used to calculate Your base payment ........ 45780.33
d. Residual value. The value of the Vehicle at the end of the lease used in calculating Your base payment ........ 33977.70
e. Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the lease term ........ 11802.63
f. Rent charge. The amount charged in addition to the depreciation and any amortized amounts ........ 2597.37
g. Total of base payments. The depreciation and any amortized amounts plus the rent charge ........ 14400.00
h. Lease payments. The number of payments in Your lease ........ 24
i. Base payment ........ 600.00
j. Sales / Use tax ........ N/A
k. N/A ........ N/A
l. N/A ........ N/A
m. Total payment ........ 600.00
n. Lease term in months ........ 24

**Early Termination.** You may have to pay a substantial charge if You end this lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the lease is terminated. The earlier You end the lease, the greater this charge is likely to be.

8. **Excess Wear and Use.** You may be charged for excessive wear based on our standards for normal use. At the scheduled end of this lease, unless You purchase the Vehicle, You must pay to Lessor $0.25 per mile for each mile in excess of 24475 miles shown on the odometer. See Items 23 and 26 on back and the WearCare Addendum, if any, attached to this lease for additional excess wear and use terms.

9. **Extra Mileage Option Credit.** At the scheduled end of this lease, You will receive a credit of $0 for N/A unused mile for the number of unused miles between N/A and N/A miles, less any amounts You owe under this lease. You will not receive any credit if the Vehicle is destroyed. If You terminate Your lease early, exercise any purchase option, or is default or the credit is less than $1.00.

10. **Purchase Option at End of Lease Term.** $ 34477.70 plus official fees and taxes, and a reasonable documentary fee if allowed by law, is Your lease end purchase option price. You have the option to purchase the Vehicle at the end of the lease term from a party designated by the Holder for the purchase option price if You are not in default.

11. **Other Important Terms.** See Your lease documents for additional information on early termination, purchase option and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

| 12. WARRANTY The Vehicle is covered by any warranty, extended warranty or service contract indicated below: | 15. OPTIONAL INSURANCE. These coverages are not required to enter into this lease and will not be provided unless You sign below. If insurance is to be obtained by Lessor, the coverages are shown in a notice given to You this date and are for the term of this lease. |
|---|---|
| [X] Standard new vehicle warranty provided by the manufacturer or distributor of the Vehicle. | a. Credit Life Insurance (Initial Coverage) $ (Premium) N/A (Term) N/A
N/A (Insurance Company) |
| [ ] N/A | Lessee X  Co-Lessee X |
| 13. OFFICIAL FEES AND TAXES $ 2061.79 The estimated total amount You will pay for official and license fees, registration, title and taxes over the term of Your lease, whether included with Your monthly payments or assessed otherwise. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the leased property at the time a fee or tax is assessed. | b. Credit Disability Insurance (Monthly Coverage) $ (Premium) N/A (Term) N/A
N/A (Insurance Company)
Lessee X  Co-Lessee X |
| 14. VEHICLE INSURANCE MINIMUMS You must insure the Vehicle during this lease. This insurance must be acceptable to Finance Company and protect You and Holder with (a) comprehensive fire and theft insurance with a maximum deductible amount of $1,000; and (b) collision and upset insurance with a maximum deductible of $1,000; and (c) automobile liability insurance with minimum limits insurance for bodily injury or death of $ 15000.00 for any one person and $ 30000.00 for any one accident, and $ 5000.00 for property damage. You will list Holder as additional insured and loss payee under the insurance policy unless Lessor or Finance Company specifies otherwise. You must give Finance Company evidence of this insurance. (See Item 24 on back.) **LESSOR IS NOT PROVIDING VEHICLE OR LIABILITY INSURANCE** | 16. LATE PAYMENTS You will pay a late charge on each payment that is not received within 10 days after it is due. The charge is 7.5% of the full amount of the scheduled payment or $50.00 whichever is less.
17. LESSOR SERVICES N/A (See Item 22 on back) N/A
18. TOTAL COST OF THE LEASE $ 61023.01 (as defined under New Jersey law) |

**19. Itemization of Gross Capitalized Cost**

| Agreed Upon Value of the Vehicle | Sales/Use Tax and Other Applicable Taxes | Title Fees | License and Registration Fees | Extended Warranty and Service Contract | Acquisition Fee | Documentation Fee |
|---|---|---|---|---|---|---|
| $ 54808.05 | $ 1695.29 | $ N/A | $ N/A | $ N/A | $ 595.00 | $ N/A |
| N/A | N/A | N/A | N/A | N/A | N/A | Total Gross Capitalized Cost |
| $ N/A | $ N/A | $ N/A | $ N/A | $ N/A | $ N/A | $ 57098.34 |

**SIGNATURES AND IMPORTANT NOTICES**

Modification: This lease sets forth all the agreements of Lessor and You for the lease of the Vehicle. There is no other agreement. Any change in this lease must be in writing and signed by You and Finance Company.

Lessee: TINA M HANKS    Date: _____    By: X /s/ Tina Hanks    Title: _____
Co-Lessee: _____    Date: _____    By: X    Title: _____

**YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION ON THE REVERSE SIDE OF THIS CONTRACT.**

NOTICE: (1) Do not sign this lease before You read it or if it has any blank space to be filled in. (2) You have the right to get a filled-in copy of this lease. You acknowledge that You received a filled-in copy of this lease at the time You signed it and notice of an assignment of this lease by the Lessor to Holder.

NOTICE: THE LESSEE AND THE LESSOR SHALL BE ENTITLED TO REVIEW THE CONTRACT FOR ONE BUSINESS DAY BEFORE SIGNING THE CONTRACT IMMEDIATELY ADJACENT TO THE SIGNATURE LINE OF THE CONTRACT. YOUR SIGNATURE CONFIRMS YOU HAD THIS OPPORTUNITY.

Lessee: TINA M HANKS    Date: _____    By: X /s/ Tina Hanks    Title: _____
Co-Lessee: _____    Date: _____    By: X    Title: _____

Lessor and Lessee are hereby notified that Holder has assigned to QI Exchange, in its capacity as Holder's qualified intermediary, its rights (but not its obligations) with respect to the purchase of the Vehicle and the sale of this Vehicle at lease termination between Lessor and Holder.
Lessor accepts this lease and assigns it to Holder under the terms of the lease plus assignment between Lessor and Holder.

Lessor: MAPLECREST LINCOLN MERCURY INC    By: X _____    Title: F.E. Dir.

FC 19029-P SEP1 06
FC 19029-APP
Previous editions may NOT be used.

**SEE OTHER SIDE FOR ADDITIONAL AGREEMENTS**
**ORIGINAL**
PLY 1 - ORIGINAL    PLY 2 - LESSEE    PLY 3 - LESSOR    PLY 4 - CO-LESSEE/GUARANTOR

## CERTIFICATE

| PREFIX | IDENTIFICATION NUMBER | SUFFIX | YEAR | MAKE | MODEL | BODY TYPE |
|---|---|---|---|---|---|---|
| | 5LMFU 28588 LJ089 | 76 | 2008 | LIN | NAV | WAGON |

| TYPE OF TITLE | DUPLICATE NO | GVWW/CA/GTH | COLOR/MTL/HP | DEALER I D | AXLES/PROP | FUEL |
|---|---|---|---|---|---|---|
| STANDARD | | 8 | BG | 28813N | 2 | 0 |

| FEE | ISSUE DATE | VIN-REPLACEMENT | | MILEAGE | | STATUS |
|---|---|---|---|---|---|---|
| 40.00 | 01-28-2008 | | | 475 | A | |

OWNER:
CAB EAST LLC
PO BOX 105704
ATLANTA    GA 30348 5704

F-FLOOD    S-SALVAGE
P-POLICE    T-TAXI
L-LEMON LAW
A-ACTUAL MILEAGE
N-NOT THE ACTUAL MILEAGE
M-MILEAGE EXCEEDS THE MECHANICAL LIMITS

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS: 1

OWNER DL/CC #: 13629 85193 03480

I, CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION, OF THE STATE OF NEW JERSEY, DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OF OWNERSHIP, IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY, OF THE DESCRIBED ARTICLE, HAS BEEN RECORDED AND FILED WITH ME, AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY AS STATED.

SIGNATURE

CONTROL NUMBER: AA773702

**State of New Jersey**
MOTOR VEHICLE COMMISSION

FIRST LIENHOLDER:
DATE 01-28-2008
45050 55193 03480
HTD LEASING LLC
PO BOX 105704
ATLANTA    GA 30348

LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

LIEN RELEASED BY
SIGNATURE _____
TITLE _____ DATE _____

GD200802800000493

ALTERATION OR ERASURE VOIDS THIS TITLE    KEEP IN SAFE PLACE

VOID IF ALTERED