

Order Filed on
6/8/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095
(732) 549-5600
Attorneys for The Villas at Eagle Ridge
  Club Condominium Association, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Tina M. Hanks,<br><br>　　　　　　Debtor. | CASE NO: 08-27586-RG<br>CHAPTER 7<br><br>Motion Hearing: June 8, 2009 at 10:00 a.m. |

Recommended Local Form: ____ Followed    _X_ Modified

### ORDER VACATING STAY FOR NON-PAYMENT
### OF POST-PETITION CONDOMINIUM DUES AND ASSESSMENTS

The relief set forth on the following pages 2 and 3 is hereby ORDERED.

**DATED: 6/8/2009**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

1

1105270.01

UPON THE MOTION OF GREENBAUM, ROWE, SMITH & DAVIS LLP, attorneys for The Villas at Eagle Ridge Club Condominium Association, Inc. (the "Association"), under Sections 362(a) and 523(a)(16) of the United States Bankruptcy Code, for relief from the Automatic Stay as to certain real properties as hereinafter set forth, and based upon the Debtor's failure to pay monthly condominium dues and assessments accruing post-petition, pursuant to U.S. Bankruptcy Code Section 523(a)(16), and for good cause shown, it is

ORDERED that the Automatic Stay be and is hereby vacated to permit the Association to institute, or resume, and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Association's rights in the following:

   X    Real Properties more fully described as:

Land and Premises commonly known as **14 Cerone Court**, West Orange, New Jersey (Block 105, Lot 1 C0014); and

Land and Premises commonly known as **19 Cerone Court**, West Orange, New Jersey (Block 105, Lot 1 C0019).

IT IS FURTHER ORDERED that the Association may pursue collection as to all past due post-petition dues and assessments owed by the Debtor, including but not limited to entry of judgment against the Debtor; and

IT IS FURTHER ORDERED that the Association may join the Debtor and any Trustee appointed in the case as defendants in the action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and

IT IS FURTHER ORDERED that counsel for the Association shall serve copies of this Order on the Debtor, counsel for the Debtor, the Chapter 7 Trustee and any other party who entered an appearance on this Motion, within 7 days of its entry.

*Approved by Judge Novalyn L. Winfield June 08, 2009*